**Order entered July 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00780-CV

**WHITE NILE SOFTWARE, INC., Appellant**

**V.**

**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17105**

## ORDER

Appellant appeals from the trial court's final judgment granting appellee's motion to dismiss pursuant to the Texas Citizens Participation Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003. Although not designated as such by appellant, this is an accelerated appeal. *See id*. 27.008(b); TEX. R. APP. P. 28.1(a).

Before the Court is the July 8, 2019 request of court reporter Terri Etokachay for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **July 11, 2019**.

/s/    KEN MOLBERG
        JUSTICE